DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ALAN BROCKHURST, M.D.,

Appellant,

v.

ALI AL-RAWI, M.D. and IMMINENT SURGICAL ASSOCIATES,
P.A., a Florida corporation,

Appellees.

No. 2D2025-0014

_____

October 15, 2025

BY ORDER OF THE COURT:

Appellant's motions for written opinion, certification of conflict, certification of questions of great public importance, and rehearing en banc are denied. On the court's own motion, the prior opinion, dated August 22, 2025, is hereby withdrawn and the following opinion is substituted therefor. No further motions filed under Florida Rules of Appellate Procedure 9.330 or 9.331 will be entertained.

I HEREBY CERTIFY THE FOREGOING IS A TRUE COPY OF THE ORIGINAL COURT ORDER.

MARY ELIZABETH KUENZEL

CLERK

# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

ALAN BROCKHURST, M.D.,

Appellant,

v.

ALI AL-RAWI, M.D. and IMMINENT SURGICAL ASSOCIATES,
P.A., a Florida corporation,

Appellees.

No. 2D2025-0014

_____

October 15, 2025

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for
Sarasota County; Hunter W. Carroll, Judge.

Abby M. Spears and Richard H. Levenstein of Nason, Yeager, Gerson,
Harris & Fumero, P.A., Palm Beach Gardens, for Appellant.

Steven D. Hutton, Przemyslaw L. Dominko and Tyler Brand Stall of
Hutton, Dominko & Stall, PLLC, Sarasota, for Appellee Ali Al-Rawi, M.D.

Ryan C, Griffin of Johnson, Pope, Bokor, Ruppel & Burns, LLP, St.
Petersburg, for Appellee Imminent Surgical Associates, P.A.

PER CURIAM.

Affirmed. *See Deaterly v. Jacobson*, 313 So. 3d 798 (Fla. 2d DCA
2021); *cf. Fed. Ins. v. Perlmutter*, 376 So. 3d 24, 33-34 (Fla. 4th DCA
2023) (en banc), *review granted*, No. SC2024-0058, 2024 WL
4948685 (Fla. Dec. 3, 2024).

VILLANTI, SLEET, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.